a motion by plaintiffs for judgment on the pleadings. The action was to compel the defendant to permit the removal from Green-Wood Cemetery of the remains of certain deceased relatives of the plaintiffs. The defense was that the deed of the cemetery plot contained on its face the rule " that no disinterment shall be allowed without permission being obtained at the office of the corporation " and that an application for such permission had been denied.

*William H. Hayes* and *Henry H. Anderson* for appellant.
*Edward H. Wilson* and *Appleton L. Clark* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

JOBSON-GIFFORD COMPANY, Respondent, *v.* PATRICK McGOVERN, Appellant.

*Contract — action by subcontractor to recover balance alleged to be due and damages for delay.*

*Jobson-Gifford Co.* v. *McGovern*, 222 App. Div. 735, affirmed.
(Argued June 18, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover a balance alleged to be due upon a subcontract let by defendant to plaintiff for a portion of the work of construction of a pipe line as part of the water supply system of Jersey City and for damages alleged to have been caused by delays, defaults and breaches of contract by the defendant.

*Thomas F. Conway, Joseph A. Kellogg, Thomas E. O'Brien* and *William F. Pritchard* for appellant.
*John C. Wait* and *Howard G. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: CRANE, J.

---

ISAAC MEYERS, Respondent, *v.* THE ANWAL REALTY CORPORATION, Appellant.

*Contract — brokers — commissions — action to recover broker's commissions on sale of real property — defense that plaintiff was not a broker and had not been employed as such.*

*Meyers* v. *Anwal Realty Corp.,* 222 App. Div. 65, affirmed.

(Argued June 18, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1927, affirming a judgment in favor of plaintiff entered upon a verdict.   The action was to recover broker's commissions upon a sale of real property belonging to defendant.   The defense was that plaintiff was not a real estate broker and that there was no employment of him by defendant as such.

*H. M. Schaap* for appellant.

*Samuel Meyers* and *Morse S. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: CRANE, J.

---

SIMON KIRSCH, Appellant, *v.* HERBERT LUBIN, Respondent.

*Limitation of actions — action accrued in Canada against defendant, a then resident — removal of resident to this State — New York Statute of Limitations applicable.*

*Kirsch* v. *Lubin,* 223 App. Div. 826, affirmed.

(Argued June 18, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1928, unanimously affirm-